

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00635-CV

**STATE** of Texas on behalf of the Criminal District Attorney for Bexar County, Jonathan
Watkins, and Thomas Velez, all in their official capacities,
Appellants

v.

Stephen F. **BROWN** Jr,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05810
Honorable Solomon Casseb III, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
           Luz Elena D. Chapa, Justice
           Jason Pulliam, Justice

Delivered and Filed:  February 4, 2015

DISMISSED FOR LACK OF JURISDICTION

The State of Texas, on behalf of the Bexar County District Attorney's Office, Jonathan

Watkins, and Thomas Velez, appeals the trial court's June 2, 2014 and September 16, 2014, orders

granting sanctions.  On December 31, 2014, this court issued an opinion and order in a related

mandamus proceeding in which we held the challenged orders are void and directed the trial court

to vacate the orders.[1]  On January 12, 2015, the trial court signed an order vacating the orders that are the subject of this appeal.

On January 15, 2015, we gave the parties an opportunity to show why this appeal should not be dismissed for lack of jurisdiction because it is moot.  We ordered the parties' responses be filed by January 26, 2015.  No response has been filed.  We therefore dismiss this appeal for lack of jurisdiction.

PER CURIAM

---

[1] *In re Bexar County Criminal District Attorney's Office, Jonathan Watkins, and Thomas Velez*, 04-14-00804-CV, 2014 WL 7437648 (Tex. App.—San Antonio Dec. 31, 2014, orig. proceeding) (mem. op.).